UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ZACHARY HUSTON and <br> JSESSICA HUSTON, <br>     Plaintiffs, <br><br> v. <br><br> DHESI SUKHDEV and S&B <br> DHESI TRUCKING, LTD., <br>     Defendants, | Case No.: 20-481 <br> (Removed from Lake Superior Ct., <br> IN, No. 45D04-2008-CT-000861) |

## **DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446(a), Defendants SUKHDEV DHESI (incorrectly sued as Dhesi Sukhdev) through its attorneys, Lipe Lyons Murphy Nahrstadt & Pontikis, Ltd., gives notice of its removal of this case to the United States District Court for the Northern District of Indiana, Hammond Division, on the grounds set forth below:

1. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a). It is therefore removable pursuant to 28 U.S,C. § 1441(a).

2. On August 21, 2020, Plaintiff filed his Complaint for Damages ("Complaint") in the Lake Superior Court, Indiana, Civil Division under docket number 45D04-2008-CT-000861, which is entitled *Zachary Huston and Jessica Huston v. Dhesi Sukhdev and S&B Dhesi Trucking, Ltd.* (*See* Complaint, attached as Exhibit A).

3. Plaintiff's lawsuit arises out of an accident involving a motor-vehicle collision that occurred on November 12, 2018, in Lake County, Indiana. (Ex. A). Plaintiff alleges that the Defendants' negligence caused the accident, and that it resulted in great bodily harm and permanent injuries. (*Id.* at 2, ¶¶ 8, 10-12). Plaintiff alleges that because of the accident: (1) he has "suffered great bodily injury, pain and suffering, and permanent impairment," (2) made him incur medical expenses and lost wages; and (3) Plaintiff and his wife have suffered and will

{00384093}

suffer loss of consortium. (*Id.* at 2, ¶¶ 8, 10-12). Plaintiff seeks a "reasonable sum to compensate him due to the sustained serious and permanent injuries that he incurred and continues to incur medical expenses, costs, and fees; lost wages, and experienced and continues to experience pain and suffering. (*Id.* at 2, ¶ 12).

4. Sukhdev Dhesi was served on November 30, 2020.

5. S&B Dhesi Trucking Ltd. was served on November 30, 2020.

6. Defendants' removal is timely because it was filed within 30 days of November 30, 2020. 28 U.S.C. § 1446(b).

7. Removal to the United States District Court for the Northern District of Indiana, Hammond Division is proper under 28 U.S.C. § 1441(a) because it includes Lake County. 28 U.S.C. § 94(b)(1).

## GROUNDS FOR REMOVAL

8. Under 28 U.S.C. Section 1332(a), diversity jurisdiction exists when a cause of action is between citizens of different state and the amount in controversy exceeds $75,000, exclusive of interests and costs.

9. Plaintiff is a citizen of the State of Indiana.

10. Sukhdev Dhesi is a citizen of the Province of Ontario, Canada.

11. S&B Dhesi Trucking Ltd. is a citizen of the Province of Ontario, Canada, with its sole address and place of business located at 22 Coin Street, Brampton, Ontario, Canada L6y 5R5.

12. Plaintiff's Complaint seeks recovery for injuries he sustained when the vehicle driven by Defendant Sukhdev Dhesi allegedly struck his vehicle. (Ex. A, p. 1-3). He alleges that he incurred medical expenses and lost wages, and that he has severe and permanent injuries and

loss of consortium. (*Id.*)

13. Federal courts have held numerous times that when a plaintiff alleges serious, permanent injuries and significant medical expenses, it is obvious from the face of the complaint that the plaintiff's damages exceed the jurisdictional amount. *McCoy v. GMC,* 226 F. Supp. 2d 939, 941 (N.D. Ill. 2002); *see Huntsman Chem. Corp. v. Whitehorse Tech.,* 1997 WL 548043, at *5 (N.D. Ill. Sept, 2, 1997); *See also Carleton v. CRC Indus., Inc.,* 49 F. Supp. 2d 961, 962 (S.D. Tex. 1999) (concluding that it was "undeniably facially apparent" that plaintiffs damages exceeded $75,000 because he alleged that he contracted leukemia from defendant's chemicals); *Turner v. Wilson Foods Corp.,* 711 F. Supp. 624, 626 (N.D. Ga. 1989) (holding that allegations in complaint that plaintiff suffered severe burns, permanent scarring, pain and suffering, and medical expenses provided defendant with sufficient information to ascertain removability).

14. Here, Plaintiff's allegations about his injuries, the damages he seeks and the demand issued have given Defendants a good-faith belief that the amount in controversy exceeds $75,000.

15. As required under 28 U.S.C. § 1446(d), Defendants will immediately file a copy of this Notice with the Clerk of the Lake Superior Court, Indiana, and will serve a copy of this Notice upon Plaintiff's counsel.

16. This notice of removal is signed pursuant to Federal Rule of Civil Procedure 11 as required by 28 U.S.C. § 1446(a).

WHEREFORE Defendants Sukhdev Dhesi and S&B Dhesi Trucking, Ltd. give notice that the action pending against them in the Lake Superior Court, Indiana has been removed from that court to the United States District Court for the Northern District of Indiana, Hammond Division.

Respectfully submitted,

Sukhdev Dhesi and S&B Dhesi Trucking Ltd.

/s/ Jeffrey H. Lipe

Jeffrey H. Lipe
(IL ARDC#: 6185734)
jhl@lipelyons.com
230 West Monroe Street, Suite 2260
Chicago, IL 60606
(312) 702-0586