45D04-2008-CT-000861

USDC IN/ND case 2:20-cv-00481-PRS-JEM   document 4   filed 08/21/20   page 1 of 4

Filed: 8/21/2020 12:51 PM
Clerk
Lake Superior Court, Civil Division 4
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN CROWN POINT, INDIANA |

| | |
|---|---|
| ZACHARY HUSTON and ) | |
| JESSICA HUSTON, ) | |
|    Plaintiff, ) | |
| ) | |
|      v. ) | CAUSE NO: |
| ) | |
| DHESI SUKHDEV and ) | |
| S&B DHESI TRUCKING, LTD, ) | **JURY DEMAND** |
|           Defendants. ) | |

## COMPLAINT

COMES NOW, Plaintiffs, Zachary Huston and Jessica Huston, by counsel, Nathaniel C. Henson and Kenneth B. Elwood of Rhame, Elwood & McClure, PC, and for their cause of action against Defendants, Dhesi Sukhdev and S&B Dhesi Trucking, Ltd., states:

1. Plaintiffs, Zachary Huston and Jessica Huston, at all times relevant herein, were residents of Portage, Indiana.

2. Defendant, Dhesi Sukhdev (hereinafter referred to as "Sukhdev"), at all relevant times herein, was a resident of Canada.

3. Defendant, S&B Dhesi Trucking LTD, (hereinafter referred to as "S&B"), at all relevant times herein, was a Canadian Business doing business in Indiana.

4. On or about November 12, 2018, Plaintiff Zachary Huston, was operating a white 2013 Dodge Charger (hereinafter referred to as the "Dodge Charger"), a fully marked police vehicle, in a safe and cautious manner, facing Westbound on I-80 in Lake County, Indiana. Huston was working as an on-duty police officer at the time assisting with a vehicular accident that had occurred in the area of mile marker 12.6.

5. Just prior to the vehicular crash that gave rise to this action, Zachary Huston was

1

sitting in the Dodge Charge with the emergency lights activated. The Dodge Charger was parked on the outside shoulder of the merge lanes from I-80 to I-65, behind a red 2009 Mazda 6, which had been involved in the vehicular accident that Huston was investigating.

6.  On or about November 12, 2018, Defendant, Sukhdev, did operate a gray 2007 Volvo tractor truck pulling a semi-trailer in a negligent and careless manner, failing to exercise due care as he traveled Westbound on I-80 in the area of mile marker 12.6, Lake County, Indiana, *to wit:* Defendant, Sukhdev, failed to maintain a proper and safe look out, failed to maintain a safe and proper speed, failed to stay in her designated lane of travel, and failed to maintain safe and proper distance, having regard to the existing and potential hazards.

7.  As a direct and proximate result of Defendant, Sukhdev's negligence, the motor vehicle driven by the Defendant Sukhdev, negligently collided with the vehicle operated by Plaintiff Zachary Huston.

8.  As a direct and proximate result of Defendant, Sukhdev's negligence, Plaintiff Zachary Huston, has suffered and will suffer great bodily injury, pain and suffering, permanent impairment, and has incurred and will continue to incur expenses for medical treatment, as well as other expenses and damages.

9.  That at all times relevant herein, the Defendant S & B Dhesi Trucking, LTD., was the registered owner, operator, lessor, lessee or otherwise of the gray 2007 Volvo tractor truck that was operated by the Defendant, Sukhdev.

10.  That due to Defendant, S&B Dhesi Trucking, LTD.'s, negligence in allowing Sukhdev to operate the gray 2007 Volvo tractor truck, Plaintiff Huston has suffered and will suffer great bodily injury, pain and suffering, permanent impairment, and has incurred and will continue to incur expenses for medical treatment, as well as other expenses and damages.

11.  As a direct and proximate result of the injuries caused to Plaintiff, Zachary Huston

by the Defendants, Dhesi Sukhdev and S&B Dhesi Trucking, Ltd., Plaintiff and spouse, Jessica Huston, have suffered and will suffer loss of consortium which includes material services, conjugal relationships, companionship, aid, fellowship, company, cooperation, comfort, love, care, and affection.

12. Plaintiff Zachary Huston, requests damages in a reasonable sum to compensate him due to the sustained serious and permanent injuries that he incurred and continues to incur medical expenses, costs, and fees; lost wages, and experienced and continues to experience pain and suffering.

**WHEREFORE**, Plaintiffs, Zachary Huston and Jessica Huston, by counsel, Nathaniel C. Henson and Kenneth B. Elwood of Rhame, Elwood & McClure, PC, prays for judgment against Defendants, Dhesi Sukhdev and S&B Dhesi Trucking, LTD., in an amount sufficient to adequately compensate them and for all other just and proper relief in the premises of this Complaint together with costs and disbursements herein.

Respectfully Submitted,

/s/ Kenneth B. Elwood
Kenneth B. Elwood, #17937-45
Rhame, Elwood & McClure, PC
Portage Professional Center
3200 Willowcreek Road, Suite A
Portage, Indiana 46383
Telephone: (219) 762-0494
kenelwood@rhameandelwood.com

3

**JURY DEMAND**

**COMES NOW** Plaintiff, Zachary Huston, by counsel, Nathaniel C. Henson and Kenneth B. Elwood of Rhame, Elwood & McClure, PC, and demands trial by jury on all issues.

Respectfully submitted,

/s/ Kenneth B. Elwood
Kenneth B. Elwood, #17937-45
Rhame, Elwood & McClure, PC
Portage Professional Center
3200 Willowcreek Road, Suite A
Portage, Indiana 46383
Telephone: (219) 762-0494
kenelwood@rhameandelwood.com